UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CH LIQUIDATION ASSOCIATION LIQUIDATION TRUST, *et al.*, | ) ) ) | Case No.: 5:18 CV 752 |
| Plaintiffs | ) ) | |
| v. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| GENESIS HEALTHCARE SYSTEM, *et al.*, | ) ) ) ) | |
| Defendants | ) | ORDER |

Currently pending before the court in the above-captioned case are Defendants Bricker & Eckler, LLP ("Bricker") and Michael Gire ("Gire") (collectively, "Defendants") Motion to drop them from the action or, in the alternative, to sever their claims (ECF No. 54).

In the aftermath of the financial collapse of Coshocton Memorial Hospital Association ("CCMH"), Plaintiff CH Liquidation Association Liquidation Trust and Joseph Oriti, in his capacity as Debtor Representative and Liquidation Trustee of the estate of CCMH ("Plaintiff"), filed a Complaint seeking redress for the injuries allegedly caused by eight Defendants (ECF No. 1). Several Defendants have moved for summary judgment or to dismiss the claims against them. After the court has addressed their motions for summary judgment and motions to dismiss, the court will hold a status conference to determine which claims or parties, if any, should be severed from the above-captioned case and tried separately. If applicable, Defendants may reassert their Motion at that time.

Accordingly, the court denies Defendants' Motion without prejudice.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 25, 2019